651, is vacated and the petition for writ of certiorari to the Supreme Court of Arkansas is granted. *Messrs. Joseph F. Rutherford* and *Hayden Covington* for petitioners.

No. 947. MAGRUDER, COLLECTOR OF INTERNAL REVENUE, *v.* SUPPLEE ET UX. March 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. Nathan J. Felsenberg* and *James M. Hoffa* for respondents.

No. 948. MARINE HARBOR PROPERTIES, INC. *v.* MANUFACTURERS TRUST CO. (SUCCESSOR TO MORTGAGE CORPORATION OF NEW YORK), TRUSTEE, ET AL. March 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Arthur E. Friedland* for petitioner. *Solicitor General Fahy* and *Messrs. Richard H. Demuth, Chester T. Lane, Martin Riger,* and *Homer Kripke* for the Securities & Exchange Commission; *Mr. Harold L. Smith* for the Manufacturers Trust Co., Trustee; and *Mr. Harold Stern* for Mortimer Rubenstein, Foreclosure Receiver, respondents.

No. 499. MEMPHIS NATURAL GAS CO. *v.* BEELER, ATTORNEY GENERAL OF TENNESSEE, ET AL. See *ante,* p. 649.

No. 920. STATE BANK OF HARDINSBURG *v.* BROWN ET AL. March 30, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Telford B. Orbison* for petitioner. *Messrs. Samuel E. Cook* and *Ulysses E. Lesh* for respondents.